UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY                                          PLAINTIFF


VS.                                     CIVIL ACTION NO. 3:04CV811LN


JENNIFER I. ORME                                           DEFENDANT

                              JUDGMENT

     For the reasons set forth in the court's memorandum opinion

and order of this date, it is hereby ordered and adjudged that

plaintiff's complaint is dismissed with prejudice.

     SO ORDERED AND ADJUDGED this 7th day of March, 2006.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE